# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 71 EM 2020

            Respondent        :

            v.          :

CURTIS BRINSON,          :

            Petitioner        :

## ORDER

**PER CURIAM**

**AND NOW**, this 21st day of December, 2020, in consideration of the "Motion for Appointment of Counsel," this matter is REMANDED to the Court of Common Pleas of Philadelphia County.

Norris Gelman, Esquire, had been representing Petitioner, apparently on a *pro bono* basis, with respect to Petitioner's first PCRA petition. Attorney Gelman died during the pendency of Petitioner's appeal before the Superior Court.

An indigent petitioner is entitled to appointment of counsel on his or her first PCRA petition; such appointment continues through allocatur review. *See* Pa.R.Crim.P. 907(C), (F)(2). On remand, the Court of Common Pleas of Philadelphia County is ORDERED to adjudicate Petitioner's request for appointment of counsel to represent him on allocatur review. The Court of Common Pleas of Philadelphia County is ORDERED to enter its order regarding this remand within 90 days and to notify this Court promptly of its determination.